**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-81117-CIV-DIMITROULEAS**

DEENA ISAACSON, by and through
her next friend, ITZHAK ISAACSON,

     Plaintiff,

v.

KRG BOCA RATON PALMS PLAZA, LLC
and KINGDOM SUSHI BOCA RATON, LLC,

     Defendants.

_____/

**<u>KRG BOCA RATON PALMS PLAZA, LLC'S SECOND UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT</u>**

     Defendant, KRG BOCA RATON PALMS PLAZA, LLC ("Defendant"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby files Defendant's Second Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and states as follows:

     1.     On September 9, 2025, Plaintiff filed the Complaint (Dkt. No. 1).

     2.     Plaintiff served Defendant with the Complaint on September 12, 2025.

     3.     Due to scheduling constraints, Defendant's counsel requires additional time to prepare Defendant's response to the Complaint.

     4.     Defendant's counsel has obtained Plaintiff's agreement to extend the time to respond to the Complaint until November 15, 2025.

     5.     Accordingly, Defendant requests that the Court grant an extension of time for Defendant to respond to the Complaint through November 15, 2025.

     6.     This Court may grant an extension of time when good cause is shown. *See* Fed. R. Civ. P. 6(b).

7. In determining whether to grant an enlargement of time, district courts are provided with broad discretion. *Moore v. Potter*, 141 Fed. Appx. 803, 807 (11th Cir. 2005).

8. Good cause exists because Defendant's counsel requires additional time to prepare and file Defendant's response to the Complaint due to scheduling constraints. Further, no party will be prejudiced by granting the relief requested in this Motion.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting an extension of time until November 15, 2025, for Defendant to respond to Plaintiff's Complaint.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), Defendant's counsel certifies that on October 15, 2025, prior to filing this Motion, counsel conferred via email with Plaintiff's counsel, who advised that Plaintiff does not oppose the relief sought herein.

Dated: October 16, 2025

Respectfully submitted,

*/s/ Erica E. Pope*
**RICHARD M. SINGER, ESQ.**
Florida Bar No. 93036
**ERICA E. POPE, ESQ.**
Florida Bar No. 1025079
**WOOD, SMITH, HENNING & BERMAN LLP**
1501 S. Church Avenue, Suite 200
Tampa, Florida 33629
Tel.:  813-422-6910
epope@wshblaw.com
rsinger@wshblaw.com
tsharp@wshblaw.com
*Counsel for KRG Boca Raton Palms Plaza, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically

filed with the CM/ECF System, which will automatically serve a copy via electronic mail delivery

to all counsel of record on this 16th day of October, 2025.


*/s/ Erica E. Pope*
**ERICA E. POPE, ESQ.**